IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:20-cr-00332-K |
| v. | |
| YURI ALISHAEV | |

### INFORMATION

The United States Attorney charges:

#### Count One
Misprision of a Felony
(Violation of 18 U.S.C. § 4)

From on or about July 27, 2015, through on or about August 12, 2015, in the Dallas Division of the Northern District of Texas and elsewhere, **Yuri Alishaev**, the defendant, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit: conspiracy to commit interstate transportation of stolen property, money, and goods, did conceal the same by helping Co-Conspirator 1 sell stolen diamonds, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

In violation of 18 U.S.C. § 4.

ERIN NEALY COX
UNITED STATES ATTORNEY

*Ryan R. Raybould*
RYAN R. RAYBOULD
Assistant United States Attorney
Kansas State Bar No. 25429
1100 Commerce, Suite 300
Dallas, TX 75242
Telephone: 214-659-8713
E-mail: ryan.raybould2@usdoj.gov